**No. 56417.**—Transatlantic Metal & Ore Corp. *v.* United States, protest 153873–K (Norfolk).

Opinion by LAWRENCE, J. At the hearing it was agreed between the parties that the merchandise consists of articles of which metal is the component material of chief value and did not consist of ores or concentrates or crude metal. Uncontradicted evidence was introduced to the effect that the articles were imported to be used in remanufacture by melting and that they have been used in remanufacture by melting. An examination of the papers disclosed that affidavits had been filed in accordance with regulations prescribed by the Secretary of the Treasury pursuant to Public Law 869, *supra*. Upon the record presented, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56418.**—Hallett & Chard *v.* United States, protests 622658–G, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that certain items of the merchandise consist of umbrella cloth similar in all material respects to that the subject of *H. A. Caeser & Co. et al.* v. *United States* (6 Cust. Ct. 455, C. D. 515) and Abstract 45323, the claims of the plaintiff were sustained.

**No. 56419.**—The J. L. Hudson Company *v.* United States, protest 172398–K (Detroit).

Opinion by FORD, J. The protest was dismissed.

**No. 56420.**—John V. Carr & Son, Inc. *v.* United States, protest 175077–K (Detroit).

Opinion by FORD, J. The protest was dismissed.